THE STATE, EX REL. EDWARD W. SIMERAL, V. L. M. BENNETT, C. HARTMAN, HOWARD B. SMITH, AND G. I. GILBERT, DEFENDANTS.

BY THE COURT.

The questions presented in this case are identical with those involved in the case of *The State, ex rel. Edward W. Simeral, County Attorney of Douglas County, v. Webber S. Seavey, respondent,* disposed of at the present term, *ante* p. 454, and its decision will follow that case.

The application is therefore denied, and the cause dismissed.

JUDGMENT ACCORDINGLY.